12 A.3d 286

**Allan PRESBURY, Pro Se Petitioner, Petitioner**

**v.**

**PHILA PCRA/WRIT UNIT RM 206 CRIM. JUSTICE CTR. 1301 FILBERT ST. PHILA PA 19107, Respondent.**

**No. 109 EM 2010.**

Supreme Court of Pennsylvania.

Jan. 10, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of January, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**